# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | |
|---|---|
| **PROJECT VERITAS, et al.,** | : |
| Plaintiffs, | : |
| | : Case No. 2:19-cv-3130 |
| v. | : |
| | : Judge Edmund A. Sargus, Jr. |
| **DEGEE WILHEM, et al.,** | : |
| | : Magistrate Judge Chelsey M. Vascura |
| Defendants. | : |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

It is hereby jointly stipulated by and between the parties and their counsel that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own attorneys' fees and costs.

Dated: March 4, 2020

Respectfully submitted,

*s/ Benjamin Barr*
Benjamin T. Barr (Pro Hac Vice)
Barr & Klein PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
Tel: (202) 595-4671
Ben@barrklein.com

DAVE YOST
Ohio Attorney General

*s/ Tiffany Carwile*
TIFFANY L. CARWILE (0082522)

BRANDI LASER SESKES (0077648)
JULIE M. PFEIFFER (0069762)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Tiffany.Carwile@OhioAttorneyGeneral.gov
Brandi.Seskes@OhioAttorneyGeneral.gov
Julie.Pfeiffer@OhioAttorneyGeneral.gov

*Counsel for Defendants Ohio Elections Commission and its Individual Members*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2020, the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

                                           *s/ Benjamin Barr*
                                           BENJAMIN BARR (pro hac vice)